# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv105

| | |
|---|---|
| RITA KIMBERLY KOCHENSPARGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MICHAEL J. ASTURE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure. [Doc. 27]. The Defendant has filed a response stating that he has no objection. [Doc 28].

The Court finds, for the reasons stated in the motion, that it should be granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss Civil Action pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure. [Doc. 27] is hereby **GRANTED** and this action is hereby **DISMISSED** without prejudice.

Signed: August 9, 2012

Martin Reidinger
United States District Judge