# United States District Court
# For The Western District of North Carolina
# Asheville Division

RITA KIMBERLY KOCHENSPARGER,

    Plaintiff,                 JUDGMENT IN A CIVIL CASE

vs.                                1:11-cv-105

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/9/2012 Order.

                                           Signed: August 9, 2012

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court